UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AMELIA KARITENOS,

                    Plaintiff,

   -against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

                    Defendant.
-----------------------------------------------------------------X

JUDGMENT
05-CV- 2683 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ FEB 17 2006 ★
BROOKLYN OFFICE

An Order of Honorable David G. Trager, United States District Judge, having been filed on February 10, 2006, reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for a fully favorable decision and calculation of benefits based on plaintiff's August 1, 1980 application for benefits; it is

ORDERED and ADJUDGED that the Commissioner's decision is reversed, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for a fully favorable decision and calculation of benefits based on plaintiff's August 1, 1980 application for benefits.

Dated: Brooklyn, New York
       February 15, 2006

                                        s/Robert C. Heinemann
                                        ROBERT C. HEINEMANN
                                        Clerk of Court